No. 75–300. NOVICK ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA ET AL. Motion for leave to file petition for writ of mandamus and/or prohibition denied.

No. 75–268 RADZANOWER *v.* TOUCHE ROSS & CO. ET AL. C. A. 2d Cir. Certiorari granted.

No. 75–292. SERBIAN EASTERN ORTHODOX DIOCESE FOR THE UNITED STATES OF AMERICA AND CANADA ET AL. *v.* MILIVOJEVICH ET AL. Sup. Ct. Ill. Certiorari granted.

No. 75–312. GRIBBS, MAYOR OF DETROIT, ET AL. *v.* AMERICAN MINI THEATRES, INC., ET AL. C. A. 6th Cir. Certiorari granted.

No. 75–328. UNITED STATES *v.* ORLEANS ET AL. C. A. 6th Cir. Certiorari granted.

No. 75–339. BUFFALO FORGE CO. *v.* UNITED STEELWORKERS OF AMERICA, AFL–CIO, ET AL. C. A. 2d Cir. Certiorari granted.

No. 74–1516. PRESLEY *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 74–1605. ROSENFELD *v.* RUMBLE ET AL. C. A. 1st Cir. Certiorari denied.

No. 75–52. AUSTIN *v.* UNITED STATES. Ct. Cl. Certiorari denied.